# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FAYE RENELL HOBSON, | ) |
| | ) |
| VS. | ) CASE #: 3:14-1540 |
| | ) |
| RETIRED GENERAL JAMES MATTIS, | ) |
| Secretary, Department of Defense | ) |

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed on September 28, 2017. (Docket No. 239).

The jury found that plaintiff did not prove by a preponderance of the evidence that defendant retaliated against plaintiff in not selecting her for the 0310, Secondary English Position posted at RPA No. 13JUN7XHEKY015490 and the 0310, English Position posted at, RPA No. 13JUL7XHEKY019211.

IT IS ORDERED AND ADJUDGED.

DATE: October 2, 2017

KEITH THROCKMORTON, CLERK
*/s/ Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK